# United States District Court
# Central District of California

| | |
|---|---|
| MARILYN GLEESON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUY ORTHOPAEDICS, INC.;<br>DEPUY SYNTHES INC.; DEPUY<br>INTERNATIONAL LIMITED;<br>JOHNSON AND JOHNSON; JOHNSON<br>AND JOHNSON SERVICES INC.;<br>JOHNSON AND JOHNSON<br>INTERNATIONAL; THOMAS<br>SCHMALZRIED, M.D.; and DOES 1–20,<br>inclusive,<br><br>　　　　　Defendants. | Case № 2:16-cv-03154-ODW (E)<br><br>**ORDER TO SHOW CAUSE RE:**<br>**POTENTIAL TRANSFER TO**<br>**MULTIDISTRICT LITIGATION**<br>**COURT, MDL NO. 2244** |

　　　On May 24, 2011, the Judicial Panel on Multidistrict Litigation created MDL No. 2244, *In Re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation* (3:11-md-02244). The Panel's Transfer Order designated the Northern District of Texas as the transferee court and the Honorable Ed Kinkeade as the

transferee judge for three currently pending matters, and designated any other related federal actions as "potential tag-along actions." MDL Transfer Order, MDL No. 2244, http://www.txnd.uscourts.gov/mdl-311-md-02244.

This Court now asks the parties if the case at bar involves such common questions of fact with the motions transferred to MDL No. 2244 that transfer to the MDL court in the Northern District of Texas is now appropriate. Alternatively, parties are to explain why, in the face of any commonalities between this action and those under the MDL, this matter should remain before this Court.

**Parties are to respond, in writing, to the above questions, including by joint stipulation, by May 23, 2016. A request by Defendant for the Judicial Panel to transfer the case at bar under Judicial Panel on Multidistrict Litigation Rule 7.1(a) will be considered a valid response to this Order.**

**IT IS SO ORDERED.**

May 10, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**